**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **LA PASADITA RESTAURANT, INC.** ) | FILED: JUNE 27, 2008 |
| ) | 08CV3707 |
| **PLAINTIFF,** ) | JUDGE HIBBLER |
| ) | MAGISTRATE JUDGE COX |
| **V.** ) | YM |
| ) | |
| **TAQUERIA LA PASADITA, LLC,** ) | |
| **TACOS Y MARISCOS LA PASADITA,** ) | |
| **INC., AND MARTIN MACHADO,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## COMPLAINT

Plaintiff, La Pasadita Restaurant, Inc. ("La Pasadita"), by its attorneys, Locke Lord

Bissell & Liddell LLP, complains of Defendants, Taqueria La Pasadita, LLC, Tacos y Mariscos

La Pasadita, Inc., and Martin Machado (collectively, "Defendants"), as follows:

### NATURE OF DISPUTE

1.      This action is for (a) federal trademark infringement under the Lanham Act, (b)

federal unfair competition under the Lanham Act, (c) unfair competition under common law, and

(d) violation of the Illinois Deceptive Trade Practices Act.  By this Complaint, La Pasadita, the

owner of the federally-registered mark LA PASADITA for use in connection with restaurant

services, seeks injunctive relief and monetary damages against Defendants for use of the marks

TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA, and LA PASADA

TAQUERIA in connection with Defendants' restaurant business.  Defendants' use of these

marks violates La Pasadita's rights in its federally registered service mark, and Defendants' acts

have caused and threaten to cause confusion among consumers of restaurant services for

reasonably-priced Mexican food served in a casual atmosphere.  La Pasadita has suffered, is

suffering, and, unless preliminary and permanent relief is entered by the Court, will continue to

suffer harm due to the confusion resulting from Defendants' use of the TAQUERIA LA

PASADITA, TACOS Y MARISCOS LA PASADITA, and LA PASADA TAQUERIA marks.

## PARTIES AND JURISDICTION

2.      Plaintiff La Pasadita is an Illinois corporation having a principal place of business

at 1142 North Ashland, Chicago, Illinois 60622.  La Pasadita is in the business of operating

restaurants.

3.      On information and belief, Taqueria La Pasadita, LLC is an Illinois limited

liability company with its principal place of business at 408 East Palatine Road, Palatine, IL

60074.  On information and belief, Taqueria La Pasadita, LLC is in the business of operating

restaurants.

4.      On information and belief, Tacos y Mariscos La Pasadita, Inc. is an Illinois

corporation.  On information and belief, Tacos y Mariscos La Pasadita, Inc. is in the business of

operating restaurants.

5.      On information and belief, Defendant Martin Machado does business in Illinois as

a principal of both Taqueria La Pasadita, LLC and Tacos y Mariscos La Pasadita, Inc., and

personally took part in activities connected to the use of the TAQUERIA LA PASADITA,

TACOS Y MARISCOS LA PASADITA, and LA PASADA TAQUERIA marks, including but

not limited to the decision to adopt the TAQUERIA LA PASADITA, TACOS Y MARISCOS

LA PASADITA, and LA PASADA TAQUERIA marks and the implementation of that decision

in the business activities of Taqueria La Pasadita, LLC and Tacos y Mariscos La Pasadita, Inc.

6.      This Court has jurisdiction over La Pasadita's federal claims pursuant to 15

U.S.C. §1121 and 28 U.S.C. §§1331, and 1338.  This Court has supplemental jurisdiction over

La Pasadita's state law claims under 28 U.S.C. §1367.  Venue is proper in this District pursuant

to 28 U.S.C. §1391 because the claims arose in this District and Defendants do business in this District.

## PLAINTIFF'S BUSINESS AND SERVICE MARK

7.      Since 1976, La Pasadita has continuously used the LA PASADITA service mark in connection with the operation of restaurants.  Since 1977, La Pasadita has continuously used the LA PASADITA service mark in United States commerce in connection with the operation of restaurants.

8.      The first "La Pasadita" restaurant opened in 1976 at 1141 N. Ashland Avenue in Chicago, Illinois.  Since 1976, the LA PASADITA mark has been consistently used in connection with a restaurant at this location.

9.      La Pasadita has subsequently opened two additional restaurants under the LA PASADITA mark.  The LA PASADITA mark has been consistently used in connection with restaurants located at 1140 North Ashland Avenue, in Chicago, Illinois since approximately 1981.  The LA PASADITA mark has also been consistently used in connection with restaurants located at 1132 North Ashland Avenue, Chicago, Illinois since approximately 1996.

10.     Each of the restaurants operating under the LA PASADITA mark specialize in serving reasonably priced Mexican food in a casual atmosphere.

11.     La Pasadita is the owner of the following United States Trademark Registration for the LA PASADITA mark, which is valid and subsisting on the Principal Register of the United States Patent and Trademark Office:

| Mark | Reg. No. | Reg. Date | Services |
|------|----------|-----------|----------|
| **LA PASADITA** | 2,827,316 | March 30, 2004 | Restaurant services |

A copy of the referenced Registration is attached as Exhibit A.

12.     The Registration for the LA PASADITA mark is prima facie evidence of the validity of the mark, the registration of the mark, La Pasadita's ownership of the mark, and La Pasadita's exclusive right to use the mark in commerce in connection with restaurant services. 15 U.S.C. §1115(b).

13.     La Pasadita has spent significant amounts extensively promoting and advertising the LA PASADITA mark in newspapers, magazines, on the internet, and through other marketing collateral.

14.     As a result of the extensive sales, advertising and promotion of restaurant services under the LA PASADITA mark, and through favorable public acceptance and recognition, the relevant consuming public and trade have come to recognize and identify La Pasadita as the source of the quality services offered in connection with the LA PASADITA mark.

15.     The restaurants operating under the LA PASADITA mark are extremely well-known and respected in the Chicagoland area.  The restaurants serve thousands of customers, and have been featured favorably in such publications as Chicago Magazine (*see* Exhibit B) and on the WTTW television show "Check, Please."  (*See* Exhibit C.)

16.     The LA PASADITA mark's broad recognition and goodwill in the marketplace for quality restaurant services provides opportunities for the LA PASADITA mark to be used in connection with new venues offering restaurant services.

17.     Accordingly, the LA PASADITA mark is an asset of incalculable value as an identifier of La Pasadita and its high quality services and goodwill.

## DEFENDANT'S BUSINESS AND INFRINGEMENT

18.     In early April 2008, La Pasadita learned that the TAQUERIA LA PASADITA mark was being used in connection with a restaurant in Palatine, Illinois.  The restaurant

operating under the mark TAQUERIA LA PASADITA serves reasonably priced Mexican food in a casual atmosphere.

19.     Upon information and belief, at some time during the year 2007, 30 years after the LA PASADITA mark was first used in commerce, Defendants adopted and began using TAQUERIA LA PASADITA as a mark in connection with a restaurant located at 408 East Palatine Road, Palatine, IL 60074. A copy of a flyer using the TAQUERIA LA PASADITA mark is attached hereto as Exhibit D.

20.     Also in April 2008, La Pasadita learned that the owners of Taqueria La Pasadita intended to open a second restaurant in Palatine, Illinois, under the mark TACOS Y MARISCOS LA PASADITA, at 1572 Rand Road, Palatine, Illinois, on or around April 25, 2008. A copy of a flyer using the TACOS Y MARISCOS LA PASADITA mark is attached hereto at Exhibit D.

21.     After learning of Defendants' use of the TAQUERIA LA PASADITA and TACOS Y MARISCOS LA PASADITA marks in connection with restaurant services, La Pasadita objected thereto and requested that Defendants cease such use. A copy of the cease and desist letter sent to Defendants is attached hereto as Exhibit E.

22.     On April 5, 2008, an agent of Defendants responded to Plaintiff's letter, acknowledging the conflict between the "La Pasadita" and "Taqueria La Pasadita" names, and stating Defedants' intent to cease use of the term "La Pasadita." A copy of the April 5, 2008 letter is attached hereto as Exhibit F.

23.     In subsequent telephone calls to Defendants and Defendants' agent, Plaintiff and counsel for Plaintiff requested that Defendants promptly remove all exterior signs on Defendants' restaurants bearing the name "La Pasadita." A written request was sent to Defendants on April 11, 2008, a copy of which is attached hereto as Exhibit G.

24.    On April 15, 2008, counsel for Plaintiff contacted Defendant Martin Machado to once again request removal of the signs.  Mr. Machado represented that he changed the name on the sign of the restaurant from "Taqueria La Pasadita" to "La Pasada Taqueria."  Mr. Machado also represented that the exterior signs had been altered to reflect this new name.

25.    On April 24, 2008, Plaintiff informed Defendants that, to the extent Defendants intended to use the mark LA PASADA TAQUERIA, the LA PASADA TAQUERIA mark is confusingly similar to the LA PASADITA mark, and that Plaintiff objected to Defendants' proposed use of the mark LA PASADA TAQUERIA, and requested that Defendants cease such use.  A copy of this letter is attached hereto as Exhibit H.

26.    Defendants did not respond to Plaintiff's April 24, 2008 letter.  On June 24, 2008, after unsuccessful attempts to reach Defendants, in a telephone conversation with counsel for Plaintiff, Defendant Machado stated his belief that the LA PASADA TAQUERIA mark was not confusingly similar to the LA PASADITA mark.

27.    Upon information and belief, Defendants willfully attempted to appropriate the value of the LA PASADITA mark by adopting the TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA and LA PASADA TAQUERIA marks.

28.    La Pasadita never authorized, licensed or otherwise permitted Defendants to use the LA PASADITA mark or any other mark that is confusingly similar to the LA PASADITA mark, such as TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA or LA PASADA TAQUERIA.

29.    To the knowledge of La Pasadita, there have been several instances of actual confusion among consumers between the restaurants operating under the LA PASADITA and TAQUERIA LA PASADITA marks.  In more than one instance, customers of LA PASADITA

stated that they believed the restaurant operating in Palatine, Illinois, under the name

TAQUERIA LA PASADITA was affiliated with the restaurants operated under the LA

PASADITA mark.

30.     Upon information and belief, Defendants sought to attract customers familiar with

the LA PASADITA mark used in conjunction with Plaintiff's restaurants located throughout the

Chicago metropolitan area.

31.     Upon information and belief, at the time Defendants first used the TAQUERIA

LA PASADITA and TACOS Y MARISCOS LA PASADITA marks in commerce, Defendants

had actual knowledge of La Pasadita's use of the LA PASADITA mark, of the valuable

reputation and goodwill symbolized by the LA PASADITA mark, and of the association between

the LA PASADITA mark and La Pasadita.  Moreover, as a result of the correspondence between

Plaintiff and Defendants, Defendants unquestionably had actual notice of the LA PASADITA

mark at the time Defendants chose to adopt the LA PASADA TAQUERIA mark.  As a result,

Defendants' actions were and are willful and intentional and were and are intended to trade on

the reputation and goodwill of La Pasadita, and to confuse and deceive consumers.

32.     Defendants' use of the TAQUERIA LA PASADITA, TACOS Y MARISCOS LA

PASADITA, and LA PASADA TAQUERIA marks is likely to mislead, deceive, and confuse the

relevant purchasing public and trade.  It is likely that consumers will mistakenly believe that the

restaurant services offered by Defendants under the TAQUERIA LA PASADITA, TACOS Y

MARISCOS LA PASADITA and LA PASADA TAQUERIA marks are connected, associated,

or in some way affiliated with La Pasadita, when in fact no such connection, association or

affiliation exists.

33.     As a result of Defendants' acts, La Pasadita has suffered and continues to suffer

substantial damage and irreparable injury. La Pasadita has no adequate remedy at law, and

unless Defendants are restrained and enjoined by the Court, Defendants' acts will continue to

cause damage and irreparable injury to La Pasadita, and to damage its goodwill and business

reputation. La Pasadita cannot ascertain the precise amount of its damages at this time.

**COUNT I**
**FEDERAL TRADEMARK INFRINGEMENT**

34.    As the first ground for relief, La Pasadita alleges violation of Section 32(1) of the

Lanham Act, 15 U.S.C. §1114(1). La Pasadita repeats and realleges the allegations of paragraphs

1 through 33.

35.    Defendants' unauthorized use of the TAQUERIA LA PASADITA, TACOS Y

MARISCOS LA PASADITA and LA PASADA TAQUERIA marks, or any similar marks, is

likely to cause confusion, mistake or deception as to the source, sponsorship or approval of

Defendants' restaurant services. The relevant consuming public and the trade are likely to

believe that Defendants' services originate with La Pasadita, are licensed, sponsored or approved

by La Pasadita, or are in some way connected with or related to La Pasadita, in violation of

Section 32(1) of the Lanham Act, 15 U.S.C. §1114(1).

36.    Defendants' unauthorized use of the TAQUERIA LA PASADITA, TACOS Y

MARISCOS LA PASADITA, and LA PASADA TAQUERIA marks, or any similar marks,

constitutes intentional and willful infringement of La Pasadita's rights in and to the federally

registered LA PASADITA mark in violation of Section 32(1) of the Lanham Act, 15 U.S.C.

§1114(1).

37.    Defendants' infringing acts have occurred in interstate commerce and have

caused, and unless restrained by this Court will continue to cause, serious and irreparable injury

to La Pasadita, for which La Pasadita has no adequate remedy at law.

8

**COUNT II**
**FEDERAL UNFAIR COMPETITION**

38.     As the second ground for relief, La Pasadita alleges violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).  La Pasadita repeats and realleges the allegations of paragraphs 1 through 33.

39.     Defendants' unauthorized use of the TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA and LA PASADA TAQUERIA marks, or any similar marks, constitutes use of a false designation of origin and false or misleading representation, which wrongly and falsely designates, describes, and represents the origin of Defendants' services as originating from or being connected with La Pasadita, and is likely to cause confusion, or to cause mistake, or to deceive as to Defendants' affiliation, connection, or association with La Pasadita, or as to the origin, sponsorship, or approval of Defendants' services by La Pasadita in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

40.     Defendants' acts have occurred in interstate commerce and have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to La Pasadita, for which La Pasadita has no adequate remedy at law.

**COUNT III**
**COMMON LAW UNFAIR COMPETITION**

41.     As the fourth ground for relief, La Pasadita alleges unfair competition under common law.  La Pasadita repeats and realleges the allegations of paragraphs 1 through 33.

42.     As a result of Defendants' actions, Defendants have misappropriated valuable property rights of La Pasadita, have passed off their services as those of La Pasadita, are trading on the goodwill symbolized by the distinctive LA PASADITA mark, and are likely to cause confusion or mistake, or to deceive members of the relevant consuming public and the trade.

Defendants' acts constitute unfair competition in violation of the common law.

43.    Defendants' acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to La Pasadita, for which La Pasadita has no adequate remedy at law.

**COUNT IV**
**ILLINOIS DECEPTIVE TRADE PRACTICES ACT**

44.    As the fourth ground for relief, La Pasadita alleges violations of the Illinois Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.*  La Pasadita repeats and realleges the allegations of paragraphs 1 through 33.

45.    Defendants have violated and continue to violate the Illinois Deceptive Trade Practices Act by their willful, misleading use of a mark confusingly similar to the LA PASADITA mark in its advertisements.

46.    Defendants' use of the TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA and LA PASADA TAQUERIA marks causes a likelihood of confusion and misunderstanding among La Pasadita's customers as to the source, sponsorship, approval, and certification of their services as those of La Pasadita.

47.    Defendants' use of the TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA and LA PASADA TAQUERIA marks causes a likelihood of confusion and misunderstanding among La Pasadita's customers as to the affiliation, connection, and association of Defendants with La Pasadita's services.

48.    By reason of the acts described above, Defendants have caused a likelihood of confusion among La Pasadita's customers, competed unfairly, and committed unfair and deceptive acts in violation of the Illinois Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.*

49.    If not enjoined by this Court, Defendants will continue their deceptive trade practices, which have caused and will continue to cause immediate and irreparable harm to La Pasadita.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff La Pasadita Restaurant, Inc. respectfully prays for judgment in its favor and against Defendants as follows:

1.    <u>Injunction</u>: That, pursuant to 15 U.S.C. § 1116, the Court issue preliminary and permanent injunctions restraining and enjoining Defendants, and their officers, agents, servants employees, attorneys, parents, subsidiaries and related companies and all persons acting for, with, by, through or under them, and each of them, from:

a.    using in any manner the service mark LA PASADITA, and any other term or terms likely to cause confusion therewith, including TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA and LA PASADA TAQUERIA;

b.    using the service mark LA PASADITA, and any other term or terms likely to cause confusion therewith, including TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA and LA PASADA TAQUERIA, in a manner likely to create the erroneous belief that Defendants' goods or services are authorized by, sponsored by, licensed by or in any way associated with Plaintiff; and

c.    otherwise engaging in any other acts or conduct that would cause consumers erroneously to believe that Defendants' goods or services are somehow sponsored by, authorized by, licensed by, or in any way associated with Plaintiffs.

2.    <u>Compensatory Damages</u>: That Defendants be required to pay to Plaintiffs all damages sustained by it and all monetary benefits obtained by reason of the unlawful acts

alleged herein.

3.    <u>Disgorgement of Profits</u>: That Defendants be required to pay to Plaintiff all profits resulting from the unlawful acts described herein.

4.    <u>Compliance Report</u>: That the Court require Defendants to file with the Court and serve upon Plaintiff's counsel within ten days after entry of judgment a report in writing under oath setting forth in detail the manner in which Defendants have complied with the requirements of the Court's judgment and corresponding order.

4.    <u>Attorneys' Fees and Costs</u>: That the Court award Plaintiff its reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a).

5.    <u>Treble Damages</u>: That the Court award Plaintiff three times the amount of its actual damages pursuant to 15 U.S.C. § 1117(a).

6.    <u>Other Equitable Relief</u>: That Plaintiff receive such other and further relief as the Court may deem appropriate.

Dated: June 27, 2008                  Respectfully submitted,

                                      LA PASADITA RESTAURANT, INC.


                                      By:    s/ Margaret M. Schuchardt
                                             One of Its Attorneys


Matthew T. Furton
Margaret M. Schuchardt
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL  60606
312/443-0445 (MTF)
312/443-6445 (fax)
Attorney for Plaintiff La Pasadita Restaurant, Inc.

# Exhibit A

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,827,316
Registered Mar. 30, 2004

### SERVICE MARK
### PRINCIPAL REGISTER

## LA PASADITA

LA PASADITA RESTAURANT, INC. (ILLINOIS
    CORPORATION)
1140 NORTH ASHLAND
CHICAGO, IL 60622

  FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

  FIRST USE 0-0-1976; IN COMMERCE 9-0-1977.

  THE ENGLISH TRANSLATION OF "LA PASADI-
TA" IS "THE LITTLE PASSAGE".

  SER. NO. 76-476,327, FILED 12-18-2002.

  KARAN CHHINA, EXAMINING ATTORNEY

**Exhibit B**



**THE NEW RICH:** *How they got it, how they spend it*

*GENE SISKEL'S PUZZLING LAST YEAR*

# Chicago

DECEMBER 1999

®

**HOW TO**

*Just in Time for the Holidays!*

# LOOK GOOD

## A Guide to 50 Top Hairstylists and Beauty Experts

**PLUS** *Rejuvenating Facials and Body Treatments*



1 2 >

CANADA $4.99

0   73917 18426   2

# restaurants

licky potato salad, pisto manchego (like ratatouille), beef brochette with horseradish cream—you'll find all sorts of unusual choices. Some (deep-fried eggs, bacon-wrapped dates) fare well; others (spinach-stuffed piquillo peppers) disappoint. Roast duck paired with poached pear in red-wine sauce is one of the intriguing "entradas." Desserts range from a caramelized banana with vanilla ice cream to a chocolate terrine with raspberry sauce. Fine Spanish wines, sherries, and brandies. Generally good service. *Lunch, dinner.* ⚘ ⚘ ⚘ ◨ (6+) 708-547-7177. (Hobbes)    $

**ANOTHER HELPING**  ★★ **EMPEROR'S CHOICE—2238 S Wentworth.** *Chinese.* Almost everything is enjoyable at this attractive Chinatown mainstay known for its seafood. By all means, have the deep-fried soft-shell crab with spicy salt and pepper, a steamed fish, poached shrimp in the shell, or whole lobster one of seven ways. But don't ignore lacquer-skinned roasted duck; delicate pea pod sprouts with fragrant shiitakes; piquant Singapore rice noodles coated with curry spices; "village specials," such as ostrich stir-fried with leeks and other vegetables on crispy rice noodles—and anything that comes in black bean sauce. Pot stickers are decent, but appetizers pale in comparison to the 150 or so main-course choices. Lobster-centered dinners ($38 to $148 for two to six people) eliminate the decision process. Service is helpful or harried, depending on the server and the crowds. *Lunch, dinner.* ⚘ ◨ ↗ ⚘ (advised) 312-225-8800. (Hobbes)    ¢

★★ **ERWIN—2925 N Halsted.** *Contemporary American.* Deep-green walls provide a cozy backdrop for hearty heartland fare that appeals to a mature, though far from stodgy, clientele. White-bean pâté for the whole-grain bread is a harbinger of distinctive dishes to come. Start with a salad of frisée and pears, enlivened by Stilton and pecans, and an order of crispy-coated fried shrimp with roasted-garlic sauce. Main courses focus on hits such as wood-grilled pork chops, fresh fish, and steak, but starch-based entrées also excel: Try the jambalaya and the noodles with roasted rabbit and wild mushrooms. Desserts include caramel pot de crème and a great apple pie. Professional service. Noise level can be disconcerting, especially on weekends. *Brunch Sun, dinner. Closed Mon.* ⚘ ◨ ◨ (50-110) ↗ ⚘ 773-528-7200. (Flann)    $$

★★★★ **EVEREST—One Financial Place. 440 S La Salle.** *French.* Up 40 floors, the crisp décor and urbane service fit the high-flying financial neighborhood. Chef Jean Joho's polished food combines Alsatian vigor with inventive delicacy and sophistication in creations like roasted ballotine of quail with foie gras and sautéed chanterelles, or wild sea bass on artichokes "à la barigoule" (braised in white wine with onions, leeks, and carrots). Italian influences show up occasionally, as in an appetizer risotto of rare camaroli rice made with white wine and truffle oil and topped with sautéed boneless frog legs. To finish, an exquisite napoleon of cherries sautéed in kirsch. Biggest Alsatian wine list on the continent, plus many California cabernets. Dégustation ($79 per person) for two or more; early menu, three courses plus a starter ($49). *Dinner only. Closed Sun, Mon.* ⚘ (free valet) ◨ ◨ (8-75) ••• (preferred) ⚘ (required) 312-663-8920. (Luke)    $$$

**FRANCESCA'S NORTH**—See Mia Francesca.

**FRANCESCA'S ON TAYLOR**—See Mia Francesca.

★↗ **FRANCESCO'S HOLE IN THE WALL—254 Skokie Blvd. Northbrook.** *Italian.* Elevated rustic cooking reigns at this aptly named roadhouse, where locals wait ages for packed-in tables. Blackboard menu lists openers of huge antipasto salad and terrific baked clams and fried calamari. Most entrées are pastas ranging from cavatelli with chicken bolognese to several kinds of house-made ravioli, among them a medley of regular and spinach triangles variously filled with asparagus, spinach, or porcini mushrooms with homemade mozzarella. Oven-roasted fish or thick veal chop Vesuvio with first-rate potato wedges outshines chicken. Richly flavored osso buco is best of all. OK desserts. Inexpensive. No groups larger than eight. Cash only. *Lunch Mon, Wed-Fri; dinner. Closed Tue.* ⚘ ⚘ 847-272-0155. (Luke)    $

**FRONTERA GRILL** and **TOPOLOBAMPO—445 N Clark.** *Mexican.* These startling rooms filled with museum-quality

Mexican art remain among the most engaging and gratifying restaurants anywhere. Rick Bayless's authentic regional fare dazzles with subtlety and robustness. Sides with main courses include jicama salads, wild Mexican greens, and lusty renditions of beans and rice. Exemplary desserts range from warm pecan pie with caramel ice cream and rum sauce to fresh fruit ices. Rare tequilas, Mexican beers, unusual wines fitting the piquant food. Service is knowledgeable and generally polished. (Luke)

★★★ **Frontera Grill:** Casual but gracefully appointed spot for earthy appetizers and hearty entrées, including wood grilled meats and fish. Look for the day's tamale preparation, or cazuela de borrego—a casserole of grilled lamb simmered with tomato-guajillo sauce and torpedo-shaped onions over rice, served with homemade tortillas. Be early for chiles rellenos, or late to avoid waits. *Brunch Sat, lunch Tue-Fri, dinner. Closed Sun, Mon.* ◨ (except in bar) ⚘ ◨ ◨ (20-25) ↗ ⚘ ◨ (5-10) 312-661-1434.    $

★★★↗ **Topolobampo:** Semiformal setting for stunningly elegant plays on Mexican classics. Dinner might begin with mussels steamed in brothy yellow mole with Yukon gold potatoes and fresh fennel, or with burros de picadillo al criollo—shredded veal rolled into freshly made tortillas with a savory sauce of chipotle chiles, nuts, and dried cherries and pineapple. For the main course, perhaps seared achiote-marinated striped bass braised with roasted tomatoes, green chiles, and sour orange juice, or slow-roasted pork loin with red chile-flavored lentils and grilled pineapple. *Lunch Tue-Fri, dinner. Closed Sun, Mon.* ◨ (except in bar) ⚘ ◨ (1-6) 312-661-1434.    $$

★★★↗ **GABRIEL'S—310 Green Bay Rd, Highwood.** *Italian, French.* Chef-owner Gabriel Viti personally welcomes each member of the convivial crowd that fills his smartly styled bistro. Consider the four-course dégustation ($45 per person) or order à la carte from the universally tempting menu. Served with puff pastry and an anise-tinged garlic sauce, sautéed snails surprise and delight; excellent oysters on the half shell refresh. Rich cream of wild mushroom soup, when available, is best shared. Spinach and ricotta tortelloni shines among the many pastas. Non-pasta entrées come with a dinner salad; try trout wrapped in pancetta, capon rolled with prosciutto, and aged prime New York strip steak. For dessert: apple tart or mousse-like chocolate pâvé. Extensive wine list. Proficient service. *Dinner Tue-Sat.* ◨ (except in bar) ◨ ◨ (6-45) ⚘ ◨ (advised) 847-433-0031. (Flann)    $$$

★★↗ **GIBSONS STEAKHOUSE—1028 N Rush.** *American, steaks.* Excellent prime beef and sides elevate this popular, clubby meat eater's bastion to the top of the city's steakhouse competition. Gargantuan steaks range from London broil ($20) to a double porterhouse ($63)—waiters promote sharing even the smaller ones. Massive veal and lamb chops, thick fish fillets, and spit-roasted chicken are other entrées. Lobster tails ($55 to $105) may be overcooked and overpriced. Main courses come with soup or green salad, but consider starting with chopped chicken livers, fresh oysters, or crabmeat-avocado salad. Strawberry shortcake among several ice cream- or cake-based confections big enough for four. Huge eponymous Gibsons and other martinis. Wine list is strongest on Champagne and American reds. Professional service. Expect waits even with reservations. *Dinner only.* ⚘ ◨ (20-85) ↗ ⚘ (advised) 312-266-8999. (Luke, Hobbes)    $$$

**FAREWELL**  ★★↗ **GORDON—500 N Clark.** *Contemporary.* On December 31st after a 23-year run, pioneering River North restaurateur Gordon Sinclair will bring down the curtain on his unique dining stage. The internationally inspired cooking of chef Don Yamauchi (watch for him at the new Zentra, 923 W Weed) has been a perfect complement to the ever quirky, often innovative Gordon. Intriguing flavor combinations abound in creations such as cold foie gras terrine on lentil salad with garlic confit, poached pear, and white-truffle honey, roasted monkfish with curry cream, or sea bass redolent of saffron. Pastry creations add a stellar finish with chocolate- and fruit-based delights. Intelligent wine list; good choices by the glass. Friendly service; some gaffes. Five-course menu ($59); with wine



# EAT THIS!

The low-slung, taxicab-yellow building housing La Pasadita (1140 N. Ashland Ave.; 773-278-2130) offers only four kinds of tacos; our favorite is the dainty taco de lengua. Yeah—we're talking tongue taco, but don't be squeamish. Two bucks buys a double tortilla wrapped around incredibly tender morsels of meat, diced onion, cilantro, and shredded cheese. Be sure to finish it off with a splash of tongue-tingling salsa verde.

—Jill Rohde

($79). Three-course early menu ($30), 5:30-6:30 p.m. *Lunch Tue-Fri, dinner.* ◨ (20-100) ↗ ••• (except Fri) ♫ (Tue-Sat) ⚘ (advised) 312-467-9780. (Luke)    $$$

★★ **GREEN DOLPHIN STREET—2200 N Ashland.** *Contemporary.* A classy supper and jazz club fashioned out of an auto repair shop and junkyard. A chic late crowd enjoys a world of lively flavors incorporated into charming dishes, beginning with seared sea scallops on wild mushrooms, pancetta, corn, and fava beans with roasted beet vinaigrette. Excellent intermezzo sorbet in flavors such as citrus-basil. For a bold main course, try grilled coriander-seed-studded venison chops with celery root hash browns and melted leeks in natural jus, or spicy wasabi-encrusted rare tuna with red-curry coconut sauce. Occasionally a salad may be overdressed or an entrée oversalted. Delicious, unusual desserts include poached pear crêpes with orange sabayon and bittersweet chocolate-maple crème brûlée with cherry compote. Fine spirits selection; intriguing wine list. Adept service. Dinner tab includes admission to jazz club. *Dinner only.* ◨ (20-300) ↗ ↗ ♫ ⚘ ⚘ (advised) 773-395-0066. (Luke)    $$$

★★ **THE GREENERY—117 North Ave, Barrington.** *Contemporary American.* Intimate five-room spot on a residential street makes for a peaceful setting to enjoy chef-owner J. Andrew Coates's polished contemporary cooking. He is a skilled soup man, and the daily four-soup sampler makes a memorable start, but so do grilled sea scallops in lemongrass broth with smoked tomato, or specials like golden roasted quail with vanilla-scented demi-glace. Main courses, which come with a fine composed salad, range from robust creations such as juicy grilled pork chop with mustard

PHOTOGRAPH: GRANT KESSLER

**Exhibit C**

# wttw11

Home | Schedules | Programs | WTTW Kids | WTTW Arts | Events | Support WTTW | Shop | About Us | Members Only

Search

## CHECK, PLEASE!

About the Show
This Week's Reviews
Reviews by Cuisine
▸Restaurants A-Z
Be Our Guest
Supper Club Recipes
Message Board
Driving Directions

Season 7

Restaurants A-Z



Wine Picks

An exclusive list of Alpana Singh's favorite wines and beers, as seen on **Chicago Tonight**.

**Restaurant**
La Pasadita

**Type of Cuisine**
Mexican

**Address**
1132 N. Ashland Ave.
Chicago

**Phone**
(773) 384-6537

**Hours**
Open for breakfast, lunch and dinner every day.

**Average Dinner Tab**
$10 per person.

**Reservations**
Reservations are accepted.

**Credit Cards**
Most major credit cards are accepted.

**What our reviewers said:**
Sofia recommends it for the best tacos in Chicago.
Rich says it's perfect late night filler food.

Page 2 of 2

WTTW - Restaurant Detail: La Pasadita

And Nicole says it is great food at a great price.



**Check, Please!** has introduced something new this season! It's time to **Ask Alpana**!

98.7wfmt

Network Chicago   contact us | site map | pressroom | WTTW digital archives | production services | sponsorship

Privacy Policy & Terms of Use

©2008 Network Chicago

**Exhibit D**

# TACOS & MARISCOS

# LA PASADITA

## ANTES LA GRANJA

### 1572 RANDROAD PALATINE 60074

# 8 4 7.9 6 3.2 1 8 8

# SPECIALS  GRAND OPENING

## FRIDAY APRIL 25/08

**CARNE TAMPIQUENA**..............$10.99
**W/A FREE DRINK**
**MEDIA DOZENA OSTIONES**.......$5.99
**W/A FREE DRINK**





Taqueria La Pasadita

Authentic Mexican Food
Serving breakfast, lunch and dinner

MONDAY-FRIDAY     8:00AM - 9:00PM
SATURDAY          8:00AM - 9:00PM
SUNDAY            9:00AM - 6:00PM

408 E. Palatine Road
Palatine, IL 60074

CORNER OF PALATINE RD & NORTHWEST HWY

847-221-5475 or 224-629-6583
FAX-847-202-5989

WE ACCEPT CREDIT CARDS
VISA, MASTERCARD AND DISCOVER

**Exhibit E**

South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com

# Locke Lord Bissell & Liddell LLP

### Attorneys & Counselors

Margaret M. Schuchardt
Direct Telephone:  312-443-1701
Direct Fax:  312-896-6701
mgulbrandsen@lockelord.com

April 3, 2008

<u>**VIA FEDERAL EXPRESS**</u>

Taqueria la Pasadita
408 East Palatine Road
Palatine, IL 60074

**Re:  Infringement of LA PASADITA Trademark**

Dear Sir/Madam:

We are writing on behalf of La Pasadita Restaurant, Inc. ("La Pasadita"), the owner of the well-known **LA PASADITA** trademark.  La Pasadita has been using its **LA PASADITA** trademark to identify its restaurants since 1976 and this mark has gained fame and recognition, particularly in the Chicago area.  La Pasadita has further protected its rights in the **LA PASADITA** trademark by obtaining U.S. Trademark Registration No. 2,827,316.  La Pasadita operates three locations on Ashland Avenue in Chicago, Illinois.

La Pasadita has recently become aware of the fact that you have opened a restaurant in Palatine, Illinois using the name **TAQUERIA LA PASADITA**.  Moreover, La Pasadita has learned that you are distributing flyers indicating that you intend to open a second restaurant under the name **TAQUERIA LA PASADITA**.  Your unauthorized use of the **TAQUERIA LA PASADITA** service mark is very likely to cause La Pasadita's customers and prospective customers to be confused into believing that your restaurant is affiliated with or endorsed by La Pasadita.  Given the fame of the **LA PASADITA** mark in the Chicagoland area, it is highly unlikely that you were unaware of the **LA PASADITA** trademark.  In any event, the above-referenced federal registration provides constructive notice of such trademark rights.

Your actions therefore constitute trademark infringement, false designation of origin and dilution in violation of the Trademark Act of 1946, 15 U.S.C. § 1501 *et seq*, as well as unfair competition under state law.

The fact that you have registered with the State of Illinois does not effect your liability for trademark infringement.  Nor does the addition of the generic term "Taqueria" sufficiently distinguish the name of your restaurant from **LA PASADITA** for the purposes of trademark law.  The dominant portion of your mark, PASADITA, is identical, and the services in question, namely restaurant services, are also identical.

In light of the above, La Pasadita requires that you cease all use of any similar name which is likely to result in confusion with the **LA PASADITA** trademark, including **TAQUERIA LA PASADITA**.  Your restaurant should promptly change its name to a noninfringing name.

Atlanta, Austin, Boston, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, Washington DC

April 3, 2008
Page 2


This matter is very important to La Pasadita.  Please respond to this letter within five days.  In the event that we are unable to reach a resolution of this matter on the basis described above or receive no response, we reserve the right to take all appropriate legal action, including without limitation the filing of a lawsuit seeking an injunction against further infringing use of the name **TAQUERIA LA PASADITA**, as well as monetary damages, disgorgement of profits, destruction of infringing materials, and attorneys fees.  We thank you in advance for your anticipated cooperation.


Sincerely,

Margaret M. Schuchardt


cc:     Rosa Bucio

**Exhibit F**

# GARCIA & ASSOCIATES, LTD.

## CERTIFIED PUBLIC ACCOUNTANTS

119 W. MAIN STREET
BENSENVILLE, IL 60106
TEL: (630) 766-9956
FAX: (630) 766-9957

5 April 2008

Margaret M. Schuchardt
111 South Wacker Drive
Chicago, IL 60606

Dear Madam:

We are writing on behalf of Taqueria La Pasadita, LLC. This letter is in response to your notice dated April 3, 2008 (copy enclosed) which has been referred to us for a response.

Please be advised that our client, Martin Machado, was not aware of the threat of infringement the name of his business, Taqueria La Pasadita, LLC, presented to your client's business, La Pasadita Restaurant Inc., and therefore acknowledges this conflict and as requested by your notice, will cease to use the name of 'La Pasadita'.

Your prompt attention in reviewing this matter and accepting our client's acknowledgement and agreement to change the name of his restaurant business, Taqueria La Pasadita, LLC in Palatine, IL to a different name is greatly appreciated.

Cordially,

Enrique Garcia, CPA, MST

# Exhibit G

South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com

# Locke Lord Bissell & Liddell LLP

**Attorneys & Counselors**

Margaret M. Schuchardt
Direct Telephone:  312-443-1701
Direct Fax:  312-896-6701
mgulbrandsen@lockelord.com

April 11, 2008

**<u>VIA FEDERAL EXPRESS</u>**

Martin Machado
Taqueria la Pasadita
408 East Palatine Road
Palatine, IL 60074

**Re:  Infringement of LA PASADITA Mark**

Dear Mr. Machado:

We are in receipt of the letter dated April 5, 2008 from Enrique Garcia (a copy of which is enclosed) indicating that you intend to cease using the name "La Pasadita" in connection with your restaurants.  Our understanding from discussions with Garcia & Associates is that you are currently in the process of changing the names of the restaurants located at 408 East Palatine Road and 1572 Rand Road in Palatine.

While we appreciate your cooperation in this regard, please be advised that we refrained from taking immediate legal action based upon the above representations and an expectation that the changes will be made expeditiously.  However, it has come to our attention that your restaurant on Palatine Road still bears signs containing the words "La Pasadita."  We request that you remove these signs immediately to avoid any further customer confusion.  In the event that this matter is not resolved to our satisfaction, we reserve the right to take all appropriate legal action, including but not limited to a lawsuit seeking an injunction as well as monetary damages, disgorgement of profits, destruction of infringing materials, and attorneys fees.  We thank you in advance for your anticipated cooperation.

Sincerely,

Margaret M. Schuchardt

Enclosure

cc:  Enrique Garcia
     Matthew T. Furton

Atlanta, Austin, Boston, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, Washington DC

**Exhibit H**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com

# Locke Lord Bissell & Liddell LLP

**Attorneys & Counselors**

Margaret M. Schuchardt
Direct Telephone:  312-443-1701
Direct Fax:  312-896-6701
mgulbrandsen@lockelord.com

April 24, 2008

**VIA FEDERAL EXPRESS**

Martin Machado
Taqueria la Pasadita
408 East Palatine Road
Palatine, IL 60074

**Re:  Infringement of LA PASADITA Trademark**

Dear Mr. Machado:

We are writing on behalf of La Pasadita Restaurant, Inc. ("La Pasadita"), the owner of the well-known **LA PASADITA** trademark.  We have requested both on the telephone and in person that you cease using the term "La Pasadita" in connection with your restaurants located at 408 East Palatine Road and 1572 Rand Road in Palatine, Illinois.  Despite your representations that you intend to cease such use, it has come to our attention that your restaurant on Palatine Road still bears signs containing the **TAQUERIA LA PASADITA** mark.  We must once again request that you remove such signs immediately.

Moreover, you indicated on the telephone on April 15, 2008, that you have changed or intend to change the name of your restaurant to "La Pasada Taqueria."  This proposed name is confusingly similar to **LA PASADITA** and will not dispel the customer confusion that currently exists in the marketplace as a result of your use of the **TAQUERIA LA PASADITA** mark.

Your continuing unauthorized use of the **TAQUERIA LA PASADITA** service mark and your proposed unauthorized use of the **LA PASADA TAQUERIA** mark are very likely to cause La Pasadita's customers and prospective customers to be confused into believing that your restaurant is affiliated with or endorsed by La Pasadita.  Given the fame of the LA PASADITA mark in the Chicagoland area, it is highly unlikely that you were unaware of the LA PASADITA trademark, and our prior correspondence has provided you with actual notice of the mark. Moreover, the above-referenced federal registration provides constructive notice of such trademark rights.  Your actions therefore constitute trademark infringement and false designation of origin in violation of the Trademark Act of 1946, 15 U.S.C. § 1501 *et seq.*, as well as unfair competition under state law and violations of the Illinois Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.*

La Pasadita requires that you cease all use of any similar name which is likely to result in confusion with the **LA PASADITA** trademark, including **TAQUERIA LA PASADITA, TACOS Y MARISCOS LA PASADITA,** and **LA PASADA TAQUERIA**.  Please respond to this letter within three days.  In the event that we are unable to reach a resolution of this matter on the basis described above or receive no response, we will file the attached Complaint and Motion for

April 24, 2008
Page 2


Temporary Restraining Order and Preliminary Injunction, which seek relief including an
injunction, monetary damages, disgorgement of profits, and attorneys fees.  We thank you in
advance for your anticipated cooperation.


Sincerely,

Margaret M. Schuchardt


cc:     Enrique Garcia
        Rosa Bucio