**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number:

LA PASADITA RESTAURANT, INC. v.
TAQUERIA LA PASADITA, LLC, TACOS Y MARISCOS
LA PASADITA, INC., and MARTIN MACHADO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LA PASADITA RETAURANT, INC.

FILED: JUNE 27, 2008
08CV3707
JUDGE HIBBLER
MAGISTRATE JUDGE COX
YM

| NAME (Type or print) |
| --- |
| Margaret Schuchardt |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Margaret M. Schuchardt |
| FIRM |
| Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS |
| 111 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6283008 | (312) 443-1701 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐