## United States District Court for the Northern District of Illinois

Case Number: 08v3707                    Assigned/Issued By: j. n.

Judge Name: hibbler                     Designated Magistrate Judge: cox

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00      [ ] $39.00       [ ] $5.00
               [ ] IFP          [ ] No Fee       [ ] Other _____
               [ ] $455.00

Number of Service Copies _____              Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                              Receipt #: 2895796

Date Payment Rec'd: 6/27/08                   Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                                   [ ] Alias Summons

[ ] Third Party Summons                       [ ] Lis Pendens

[ ] Non Wage Garnishment Summons              [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons        _____
                                              _____
                                              (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_3_ Original and _0_ copies on _6/30/08_ as to _all defendants_
                                  (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm      03/14/05