IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LA PASADITA RESTAURANT, INC. ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 08 C 3707 |
| V. ) | |
| ) | Judge William J. Hibbler |
| TAQUERIA LA PASADITA, LLC, ) | |
| TACOS Y MARISCOS LA PASADITA, ) | Magistrate Susan E. Cox |
| INC., AND MARTIN MACHADO, ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 10, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard, the undersigned will appear in before the Honorable William J. Hibbler, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Room 1225, Chicago, Illinois 60604, and shall then and there present its MOTION FOR A PRELIMINARY INJUNCTION, in the above-captioned case, Docket Nos. 7-8.

June 30, 2008                                             Respectfully submitted,

                                                             LA PASADITA RESTAURANT, INC.

                                                             By:   s/ Margaret M. Schuchardt
                                                                   One of their Attorneys

Matthew T. Furton
Margaret M. Schuchardt
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL  60606
312/443-0445 (MTF)
312/443-6445 (fax)

## CERTIFICATE OF SERVICE

A true copy of the foregoing **NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION** is being personally served on Defendant Martin Machado, an on the Registered Agent of Defendants Taqueria La Pasadita LLC and Tacos Y Mariscos La Pasadita, Inc., this 30th day of June, 2008, addressed as follows:

Taqueria La Pasadita, LLC
Tacos Y Mariscos La Pasadita, Inc.
c/o Enrique Garcia
119 W. Main
Bensenville, IL 60106

Martin Machado
La Pasada Taqueria
408 East Palatine Road
Palatine, IL 60074

    s/ Margaret M. Schuchardt
    Counsel for Plaintiff