AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 3707**

SUMMONS IN A CIVIL CASE

LA PASADITA RESTAURANT, INC.

CASE NUMBER:

V.

ASSIGNED JUDGE:

TAQUERIA LA PASADITA, LLC,
TACOS Y MARISCOS LA PASADITA, INC.,
and MARTIN MACHADO

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE HIBBLER**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

TACOS Y MARISCOS LA PASADITA, INC.
c/o Enrique Garcia, Registered Agent
119 W. Main
Bensenville, IL 60106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Margaret Schuchardt
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montano_
(By) DEPUTY CLERK

June 30, 2008
Date

# Affidavit of Process Server

| La Pasadita Restaurant, Inc. | vs | Taqueria La Pasadita, LLC, et al. | 08-3707 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Walter Schwalm**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Tacos y Mariscos La Pasadita, Inc.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Complaint, Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Notice of Motion for Preliminary Injunction

by serving (NAME) X **Martin Machado**

at ☐ Home _____
☒ Business **408 E Palatine Rd. Palatine, Ill.**
☒ on (DATE) ② **7/2/08** at (TIME) **1:10 P.M**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service. **Martin Machado**
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ① **7/1/08 7:00 PM**

**Description:**
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blond Hair  ☒ 36-50 Yrs.  ☒ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☒ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☒ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **M/Hispanic/brown eyes, spoke with thick Spanish accent**

State of Illinois  County of Cook

Subscribed and sworn to before me, a notary public, this **3** day of **July**, 20**08**

SERVED BY
LASALLE PROCESS SERVERS
IL Private Detective License#
117-001432

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.