**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

La Pasadita Restaurant, Inc.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−03707
                                                     Honorable William J. Hibbler

Taqueria La Pasadita, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 7/16/2008 regarding motion for preliminary injunction [7]. Plaintiff's Motion for preliminary injunction [7] is to 8/26/2008 at 09:30 AM. Defendants time to answer is extended to 8/18/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.