**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

La Pasadita Restaurant, Inc.
                       Plaintiff,

v.                                                      Case No.: 1:08–cv–03707
                                                      Honorable William J. Hibbler

Taqueria La Pasadita, LLC, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable William J. Hibbler:Motion hearing held on 8/26/2008 regarding motion for preliminary injunction[7]. Motion for preliminary injunction [7] is withdrawn. Status hearing set for 9/25/2008 at 09:30 a.m. Attorney is given leave to withdraw as counsel for the defendants. Edward Allen Villadonga terminated. Emil Olkass and James Voigt are given leave to file an appearance as counsel for the defendants by the close of business on 08/26/08. Amended answer to the complaint due by 09/09/08.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.