U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

LA PASADITA RESTAURANT, INC.
v.
TAQUERIA LA PASADITA, LLC' TACOS Y MARISCOS LA PASADITA, INC.; AND MARTIN MACHADO.

Case Number: 08 CV 3707

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TAQUERIA LA PASADITA, LLC' TACOS Y MARISCOS LA PASADITA, INC.; AND MARTIN MACHADO.

| | |
|---|---|
| NAME (Type or print) <br> TIMOTHY M. HUGHES | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ TIMOTHY M. HUGHES 6208982 | |
| FIRM <br> LAVELLE LAW, LTD. | |
| STREET ADDRESS <br> 501 W. COLFAX STREET | |
| CITY/STATE/ZIP <br> PALATINE, ILLINOIS 60067 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6208982 | TELEPHONE NUMBER <br> 847-705-7555 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |